# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 14-2160

———————————————

Brandyn Phillips

*Plaintiff - Appellant*

v.

State of Minnesota; Jane Lanwehr, supervising director; Mona Dolman, Commissioner; Minnesota Department of Public Safety; Minnesota Department of Motor Vehicles

*Defendants - Appellees*

——————

Appeal from United States District Court
for the District of Minnesota - Minneapolis

——————

Submitted: January 5, 2015
Filed: January 6, 2015
[Unpublished]

——————

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

——————

PER CURIAM.

Brandyn Phillips appeals the district court's[1] dismissal of his complaint asserting claims related to the revocation of his Minnesota driver's license. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that the dismissal was proper. *See Minch Family LLLP. v. Buffalo-Red River Watershed Dist.*, 628 F.3d 960, 965 (8th Cir. 2010) (dismissal based on *Rooker-Feldman* doctrine is reviewed de novo); *Minn. Majority v. Mansky*, 708 F.3d 1051, 1055 (8th Cir.) (dismissal for failure to state claim is reviewed de novo), *cert. denied*, 134 S. Ct. 824 (2013). Therefore, we affirm. *See* 8th Cir. R. 47B.

————————————————

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.